

FILED
SEP 1 0 2006
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

-------------------------------------------------

UNITED STATES OF AMERICA,

               Plaintiff,

    vs.

PATRICK VINCENT SANDERS, JR.,

               Defendant.

CR 06-40095

**INDICTMENT**

Access Device Fraud
Wire Fraud
Bank Fraud

18 U.S.C. § 1029(a)(5)
18 U.S.C. §1343
18 U.S.C. §1344

-------------------------------------------------

The Grand Jury Charges:

COUNT 1
(Access Device Fraud)

On or about May 19, 2006, in the District of South Dakota and elsewhere, the defendant, Patrick Vincent Sanders, Jr., knowingly and with intent to defraud, effected transactions with one or more access devices issued to another person or persons, to-wit: an American Express card in the name of Kenneth Rose, and a Visa card in the name of Rebecca Krupar, and by such conduct, during the time frame stated, the defendant received payment and other things of value which totaled, in the aggregate, $1,000 or more, said activity in and affecting interstate commerce in that the access devices were issued by credit card companies located in states other than South Dakota, all in violation of 18 U.S.C. § 1029(a)(5).

COUNTS 2-33
(Wire Fraud)

Beginning on or about June, 2004, through and including April, 2006, in the District of South Dakota and elsewhere, Patrick Vincent Sanders, having devised a scheme and artifice to defraud

investors of money and property, by means of false and fraudulent pretenses, representations and promises, caused to be transmitted by means of electronic wire communications in interstate commerce, writings, signs, signals, pictures and sounds for the purpose of executing such scheme and artifice to defraud.

It was part of the scheme and artifice to defraud that the defendant sold investments in ATM machines which did not exist. The defendant represented to certain investors that he owned between 500 and 1000 ATM machines. The defendant falsely represented himself as the mid-western representative for Green Link ATM machines. The defendant promised large returns on investments and guaranteed investors their money back. It was further part of the scheme and artifice to defraud that the defendant paid returns to investors using money invested by others, in order to prevent the investors from realizing the ATM business did not exist. The defendant also paid returns to investors using non-sufficient funds (NSF) checks in order to delay discovery of his scheme.

Many of the investors in the fraudulent ATM business wrote checks to the defendant for their investment. The defendant caused those checks to be deposited into his bank account at First Premier Bank. The checks were subsequently entered into the banking system resulting in interstate electronic transfers of funds from source banks and from the Federal Reserve in Minneapolis, Minnesota to First Premier. The deposit of the checks also resulted in interstate electronic transfers of images of the checks to First Premier's check sorting company - Fiserv in Nebraska, Iowa, and Georgia. On or about the dates listed below, the defendant caused to be transmitted by means of electronic wire communications in interstate commerce, writings, signs, signals, pictures and sounds for the purpose of executing the scheme and artifice to defraud:

| COUNT | VICTIM | SOURCE BANK | DATE OF DEPOSIT | DEPOSIT AMOUNT |
|---|---|---|---|---|
| 2 | Stacy Brantsen | First Premier Bank | 06/10/2005 | $10,000 |
| 3 | David Dettler | Farmers and Merchants Bank, Langden, ND | 10/04/2004 | $10,000 |
| 4 | David Dettler | First Premier | 02/23/2005 | $20,000 |
| 5 | David Dettler | Unknown | 06/02/2005 | $10,000 |
| 6 | David Dettler | MBNA, Wilmington, Delaware | 06/02/2005 | $10,000 |
| 7 | David Dettler | Citibank - Nevada | 09/02/2005 | $10,000 |
| 8 | David Dettler | First USA Management Service - Ohio | 09/02/2005 | $10,000 |
| 9 | David Dettler | HSBC - Schaumburg, Illinois | 10/12/2005 | $5,000 |
| 10 | David Dettler | American Express - Utah | 01/03/2006 | $5,300 |
| 11 | Shawna Kleinwolterink | First Premier Bank | 05/09/2005 | $10,000 |
| 12 | Shawna Kleinwolterink | First Premier Bank | 08/30/2005 | $10,000 |
| 13 | Kelly Nielsen | First National Bank - Sioux Falls | 12/07/2005 | $15,000 |
| 14 | Pat Lundeby | First State Bank - Munich, ND | 07/05/2005 | $10,000 |
| 15 | Pat Lundeby | First State Bank - Munich, ND | 07/12/2005 | $30,000 |
| 16 | Pat Lundeby | First State Bank - Munich, ND | 09/30/2005 | $10,000 |
| 17 | Pat Lundeby | First State Bank - Munich, ND | 10/12/2005 | $10,000 |
| 18 | Brent Lundeby | First National Bank - Sioux Falls | 10/04/2005 | $30,000 |
| 19 | Doug Lundeby | Cor-Trust Bank - Sioux Falls | 10/04/2005 | $17,000 |

| 20 | Doug Lundeby | Cor-Trust Bank - Sioux Falls | 10/05/2005 | $3,000 |
|----|--------------|------------------------------|------------|--------|
| 21 | Lane Lundeby | F&M Bank - Sioux Falls | 10/04/2005 | $13,000 |
| 22 | Eric Perkinson | Unknown | 05/25/2005 | $19,000 |
| 23 | Robert Stratman | Dacotah Bank - Sioux Falls | 07/01/2005 | $20,000 |
| 24 | Robert Stratman | First Premier Bank | 05/16/2005 | $10,000 |
| 25 | Dave Van Tol | Wells Fargo - Sioux Falls | 05/16/2005 | $20,000 |
| 26 | Dave Van Tol | Security Bank - Sioux Falls | 05/16/2005 | $20,000 |
| 27 | Dave Van Tol | Security Bank - Sioux Falls | 10/04/2005 | $10,000 |
| 28 | Dave Van Tol | First Premier Bank | 01/25/2005 | $30,000 |
| 29 | Sandy VanVoorst | First Premier Bank | 08/30/2005 | $10,000 |
| 30 | Kay Wilson | First National Bank - Huron, South Dakota | 07/11/2005 | $30,000 |
| 31 | Kay Wilson | First National Bank - Huron, South Dakota | 09/26/2005 | $8,000 |
| 32 | Kay Wilson | First National Bank - Huron, South Dakota | 10/04/2005 | $10,000 |
| 33 | Kay Wilson | First National Bank - Huron, South Dakota | 10/04/2005 | $10,000 |

all in violation of 18 U.S.C. § 1343.

COUNT 34
(Bank Fraud)

On or about December, 2005, in the District of South Dakota, the defendant, Patrick Vincent Sanders, Jr., knowingly executed and attempted to execute a scheme and artifice to defraud a financial institution, namely First Premier Bank, Sioux Falls, South Dakota, the deposits of which were, at the time of the offense, insured by the Federal Deposit Insurance Corporation, and to obtain the money, funds, credits, assets, securities and other property owned by, and under the custody and

-4-

control of the aforementioned financial institution, by means of false or fraudulent pretenses, representations and promises.

It was part of the scheme and artifice to defraud that the defendant prepared and presented to First Premier Bank, false and fraudulent documentation showing that the defendant had an agreement to sell his ATM business to WM Investment Group for 2.4 million dollars. It was further part of the scheme and artifice to defraud that the defendant created the false sales contract representing that he owned over 700 ATM machines. It was further part of the scheme and artifice to defraud that the defendant provided First Premier Bank a list of 43 ATM machines as collateral for a loan. Thereafter, the defendant received a loan from First Premier Bank in the amount of $75,100, knowing that the sales contract was false and knowing that he did not own the 43 ATMs pledged as collateral for the loan. The defendant thereafter defaulted on the loan, all in violation of 18 U.S.C. § 1344.

A TRUE BILL:

MARTY J. JACKLEY
UNITED STATES ATTORNEY

By: _____