UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR06-40095 |
| Plaintiff, | APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| vs. | PURSUANT TO 28 U.S.C. § 2241(c)(5) |
| PATRICK VINCENT SANDERS, JR., | |
| Defendant. | |

---

THE HONORABLE JOHN SIMKO, UNITED STATES MAGISTRATE JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH DAKOTA:

The application of Kathryn E. Ford, Assistant United States Attorney for the District of South Dakota, respectfully shows to the Court that Patrick Vincent Sanders, Jr., defendant in this action, is now confined in the Riverside County Jail in Murrieta, California, that on September 19, 2006, he was indicted by a grand jury on charges of Access Device Fraud, Wire Fraud and Mail Fraud; and that it is necessary that said Patrick Vincent Sanders, Jr., now held in custody by the sheriff, be personally produced in this Court on October 20, 2006 for an initial appearance on the above charges now pending against him.

WHEREFORE, it is prayed that pursuant to 28 U.S.C. § 2241(c)(5), a Writ of Habeas Corpus Ad Prosequendum issue to the Sheriff of Riverside County, California and to the United States Marshal for the District of South Dakota, according to the practice of this Court, and that Patrick Vincent Sanders, Jr. remain in the custody of the United States Marshal's Service until further order of the Court.

Dated and electronically filed this 26th day of September, 2006.

MARTY J. JACKLEY

UNITED STATES ATTORNEY

*/s/Kathryn E. Ford*
_____
Kathryn E. Ford
Assistant United States Attorney
P. O. Box 3303
Sioux Falls, SD 57101-3303
(605)330-4401, ext. 109