**FILED**

FEB 1 4 2007



CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | \* | CR. 06-40095 |
|  | \* |  |
| Plaintiff, | \* |  |
|  | \* |  |
| vs. | \* | REPORT AND RECOMMENDATION |
|  | \* | ON DEFENDANT'S CHANGE |
| PATRICK VINCENT SANDERS, JR., | \* | OF PLEA |
|  | \* |  |
| Defendant. | \* |  |
|  | \* |  |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

This matter came before the court for a change of plea hearing on Wednesday, February 14, 2007. The Defendant, Patrick Vincent Sanders, Jr., appeared in person and by his counsel, Assistant Federal Public Defender Tim Langley, while the United States appeared by its Assistant United States Attorney, Mark Salter.

The defendant consented in open court to the change of plea before a United States magistrate judge. This court finds that the defendant's consent was voluntary and upon the advice of counsel. The government also consented to the plea hearing before a magistrate judge.

Defendant has reached a plea agreement with the government where he has agreed to plead guilty to Counts 4 and 34 of the Indictment. The defendant is charged in Count 4 with Wire Fraud in violation of 18 U.S.C. § 1343 and in Count 34 with Bank Fraud in violation of 18 U.S.C. § 1344. At the hearing, the defendant was advised of the nature of the charges to which the defendant would plead guilty and the maximum penalties applicable, specifically: (Count 4): 20 years imprisonment; a $250,000 fine; or both; 3 years supervised release; 2 additional years imprisonment if supervised release is revoked; a $100 special assessment; and restitution; (Count 34): 30 years imprisonment; $1 million fine; or both; 5 years supervised release; if supervised release is revoked an additional 3 years imprisonment; a $100 special assessment; and restitution.

Upon questioning the defendant personally in open court, it is the finding of the court that the defendant is fully competent and capable of entering an informed plea, that the defendant is aware of the nature of the charges and the consequences of the plea, and that his plea of guilty to Counts 4 and 34 of the Indictment is a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense. It is, therefore, my report and recommendation that the guilty plea to Counts 4 and 34 of the Indictment be accepted and the defendant be adjudged guilty of those offenses.

Further, upon acceptance of the plea by the District Court and the imposition of sentence, the government has agreed to dismiss the remaining counts of the Indictment as they pertain to this defendant.

## NOTICE TO PARTIES

The parties have ten (10) days after service of this Report and Recommendation to file written objections pursuant to 28 U.S.C. § 636(b)(1), unless an extension of time for good cause is obtained. Failure to file timely objections will result in the waiver of the right to appeal questions of fact. Objections must be timely and specific in order to require de novo review by the District Court. Thompson v. Nix, 897 F.2d 356 (8th Cir. 1990); Nash v. Black, 781 F.2d 665 (8th Cir. 1986).

Dated this ___14th___ day of February, 2007.

BY THE COURT:

John E. Simko
United States Magistrate Judge

ATTEST:
JOSEPH HAAS, Clerk

By _Shelly Margulies_ , Deputy
(SEAL)