# UNITED STATES DISTRICT COURT
## District of South Dakota
## Southern Division

United States of America,

      Plaintiff

    vs.        ORDER GRANTING
              REQUEST FOR
              WARRANT
              CR #: 4:06CR40095-1

Patrick Vincent Sanders, Jr.,

      Defendant

   The Clerk of Court is hereby directed to issue a warrant pursuant to the petition to revoke supervised release filed herein on 01/24/2012.

   Dated this _____ day of _____, 2012.

                 BY THE COURT:

                 _____
                 Lawrence L. Piersol
                 United States District Judge