AO 245D  (Rev. 09/11) Amended Judgment in a Criminal Case for Revocations  
Sheet 1

(NOTE: Identify Changes with Asterisks (*))

# UNITED STATES DISTRICT COURT
### District Of South Dakota, Southern Division

| UNITED STATES OF AMERICA | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For Revocation of Probation or Supervised Release) |
| **Patrick Vincent Sanders** | Case Number: 4:06CR40095-1 |
| | USM Number: 10093-173 |

**Date of Original Judgment:** 03/26/2012  
(Or Date of Last Amended Judgment)

James A. Eirinberg  
Defendant's Attorney

**FILED**  
SEP 20 2012  
[signature] CLERK

## Reason for Amendment:

■ Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

### THE DEFENDANT:

■ admitted guilt to violation(s) # 1 and 2 of the Petition to Revoke Supervised Release.

☐ was adjudicated guilty by the Court of violation(s) # of the after a denial of guilt.

The defendant is adjudicated guilty of these offenses:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Did fail to notify the probation office of a change of residence, in violation of Standard Condition No. 6. | 01/24/2012 |
| 2 | Did fail to notify the probation office of a change of employment, in violation of Standard Condition No. 6. | 01/24/2012 |

The defendant is sentenced as provided in this Judgment. The sentence is imposed pursuant to the statutory and constitutional authority vested in this Court.

☐ The alleged violation(s) # of the are dismissed.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States attorney of material changes in economic circumstances.

03/26/2012  
Date of Imposition of Judgment

[signature]  
Signature of Judge

Karen E. Schreier, , Chief Judge  
Name and Title of Judge

September 20, 2012  
Date

AO 245D    (Rev. 09/11) Amended Judgment in a Criminal Case for Revocations
Sheet 2 — Imprisonment

(NOTE: Identify Changes with Asterisks (*))

DEFENDANT: Patrick Vincent Sanders
CASE NUMBER: 4:06CR40095-1

## IMPRISONMENT

■ The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 24 months to be served consecutively to any sentence he is now serving, with no term of supervised release to follow the period of incarceration..

■ The Court makes the following recommendations to the Bureau of Prisons:
**\*\*The Court recommends that the defendant be designated to FCI Safford in Arizona.**

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____.

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____.

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this Judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. 09/11) Amended Judgment in a Criminal Case for Revocations
Sheet 5 — Criminal Monetary Penalties

DEFENDANT: Patrick Vincent Sanders
CASE NUMBER: 4:06CR40095-1

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **ORIGINAL TOTALS:** | $200.00 | $ | $ 707,482.65 |
| **PRINCIPAL BALANCE DUE:** | $ 0.00 | $ | $ 704,007.65 |

☐ The determination of restitution is deferred until . An *Amended Judgment in a Criminal Case for Revocations* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

☐ If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

**TOTALS** _____ _____

☐ Restitution amount ordered pursuant to Plea Agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the Judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The Court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the ☐ fine ☐ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245D    (Rev. 09/11) Amended Judgment in a Criminal Case for Revocations
           Sheet 6 — Schedule of Payments                              NOTE: Identify Changes with Asterisks (*))

DEFENDANT:    Patrick Vincent Sanders
CASE NUMBER:    4:06CR40095-1

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☒    Lump sum payment of $ 200.00      due immediately, balance due

       ☐    not later than                , or

       ☒    in accordance with    ☐ C,    ☐ D,    ☒ E, or    ☐ F below; or

**B** ☐    Payment to begin immediately (may be combined with    ☐ C,    ☐ D, or    ☐ F below); or

**C** ☐    Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this Judgment; or

**D** ☐    Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E** ☒    Payment of the total restitution and other criminal monetary penalties shall be due in regular quarterly installments of $ 25 or 25% of the deposits in the defendant's inmate trust account while the defendant is in custody. Any portion of the monetary obligation(s) not paid in full prior to the defendant's release from custody shall be due in monthly installments of $400 such payments to begin 90days following the defendant's release.

**F** ☐    Special instructions regarding the payment of criminal monetary penalties:

Unless the Court has expressly ordered otherwise, if this Judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk of the Court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐    Joint and Several

       Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐    The defendant shall pay the cost of prosecution.

☐    The defendant shall pay the following court cost(s):

☐    The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.